# Exhibit 1

**From:** Nathan Griffith **Sent:** Wednesday, March 23, 2022 11:15 AM **To:** Elaine Hanson &lt;ehanson@fielding.edu&gt; **Cc:** Fielding Graduate Univ Clinical Training &lt;clintraining@fielding.edu&gt;; Connie Veazey &lt;cveazey@fielding.edu&gt;; Joan B. Read &lt;jread@fielding.edu&gt; **Subject:** Sadora 710B grade

Elaine et al.,

I have been dealing with a medical issue since 3/12 that has slowed my down; in fact I was scheduled to have outpatient kidney stone removal surgery today, but that now has been postponed, probably until 3/30. Jason sent me a YouTube link to his WAIS administration video on 2/23. I emailed Jason on 2/25 asking him to submit the remaining required part of the final assignment for 710B (i.e., an interpretive report based on the WAIS administration from the video). Jason did not send me the interpretation report until 3/10.

My understanding of relevant Fielding policy is that I have 21 days to grade assessment materials, so assuming that his WAIS administration video is acceptable upon my review, I would be able to submit a grade by 3/31 at the absolute latest.

Based on my experience with Jason in this course, I think there's a reasonable possibility that his administration video will not be at an acceptable level of quality--and if the administration video has to be resubmitted, I think the timing of grading will make it extremely unlikely that he would be able to start a practicum by 4/1.

I emailed Connie on 2/28, and again yesterday (3/22), asking if there is TA support available to help me in reviewing the remaining administration videos I need to review-- as of now I have not received a definitive response from Connie about whether TA support is available.

I can begin reviewing the administration video today, but it would speed things up quite a bit if there was a TA available to help review the video.

Best regards,

Nathan

Nathan M. Griffith, Ph.D.
Faculty--Clinical Psychology
Fielding Graduate University
2020 De La Vina Street
Santa Barbara, CA 93105   ngriffith@fielding.edu