# Exhibit 2

# Faculty and Staff Timely Response Policy

The following procedures concern the timely response to all communications between students, faculty, and academic program leaders.

This policy defines the *maximum* faculty response times. As such, they provide a guide whereby students may conclude that there is a possible problem and make inquiry to faculty about the status of their work. They provide a guide whereby faculty can judge and manage their workloads. They should not be interpreted as *minimum* or *typical* response times. It is expected that response times usually will be shorter than the maximums defined in this policy.

## Policy

- **Student Communications:** Faculty should acknowledge and respond to student communications within five business days. This includes responses to uploads in the learning management system (e.g., Moodle and Learning Pool) and progress tracking software (e.g., the Dissertation Tracking System), email notes, phone calls, and regular mail and acknowledgment of receipt of student materials via mail, e.g., assessment and dissertation manuscripts.
- **Assessment contracting:** Drafts of assessment contracts should be reviewed and a response returned to the student within 10 business days after receipt by faculty member.
- **Assessments:** The faculty member is responsible for providing written feedback on the assessment material within 30 calendar days of receipt of those materials by the faculty member (or by the date mutually agreed to by the faculty member and student.) The assessment contracting process includes negotiation and specification of the date the student will submit the assessment materials for review. If that date turns out to be unrealistic, the student is responsible for notifying the faculty member as soon as that becomes apparent. The student and faculty should then renegotiate a new submission date. In some cases, this may require the use of an Incomplete grade as specified in the the [Grades and Credit policy](#).
- **Comprehensive assessments/Qualifying Exams:** Feedback is due no more than 30 calendar days after receipt of materials in the Santa Barbara Office.
- **Dissertation:** Feedback on written materials for any phase of the dissertation process, is due to the student in a maximum of 30 calendar days from receipt by any School of Leadership Studies faculty member, and within 21 days for any School of Psychology faculty member.This includes responses to uploads in progress tracking software such as the Dissertation Tracking System.

## Exceptions to Policy

- Faculty can experience an unexpected or extraordinary circumstance that makes adherence to the policy impossible at a particular time. The faculty member is responsible for notifying affected students and their programs' Governance Committee that handles personnel matters.

## Overview of Timeline

- Within 5 business days of receipt of the complaint document, the DCT informs the student who is named in the document.
- Within 10 business days of receipt of the complaint document, the DCT gathers initial information.
- Within 15 business days of receipt of complaint, the DCT consults with the PD to decide if further program action is warranted.
- The student must be informed within 3 business days of the decision of the DCT and PD as to whether further program action is warranted.

If further program action is warranted, then:

- Within 5 business days of being informed, the student receives, in writing, all the information obtained to date concerning the allegation relating to PPC and has 10 business days to respond.
- Within the 5 business days of determining that further action is warranted, the DCT assembles the three person PPC Committee and provides them with the materials generated to date. Once the PPC Committee receives all documentation including the student's input, it has 15 business days to complete its work and produce a written outcome and recommendation which is provided to the DCT.
- Within 7 business days, the DCT and PD review the decision of the PPC Committee and either adopt the decision, reject the decision or make changes/edits to the decision of the PPC Committee.
- The determination by the DCT and PD is provided to the student in writing within 3 business days of the DCT and PD making their determination.
- Appeal to the Provost is possible within 10 business days. Provost's final decision shall be transmitted to the student within 10 business days of Provost acknowledging receipt of a written request from the student appealing the decision of the DCT and PD.
- If any circumstances prevent following the above timelines, the student will be informed within a day of the delay being identified and a revised timeline will be provided.

**This timeline was never adhered to.**