# Exhibit 3



Jason Sadora <jsadora@email.fielding.edu>

## INC for Spring 2022

**Connie Veazey** <cveazey@fielding.edu>                        Fri, Apr 22, 2022 at 6:55 AM
To: Jason Sadora <jsadora@email.fielding.edu>
Cc: I Sz <ibolya@gmail.com>, Katherine McGraw <kmcgraw@fielding.edu>, Maureen K. Lassen <mlassen@fielding.edu>, Marilyn Freimuth <mfreimuth@fielding.edu>

Dear Jason,

It has come to my attention that Dr. Ibolya Szuromi has found evidence of plagiarism in your work in PSY629B2. After consulting with Dr. Katie McGraw who heads the Committee on Academic Integrity and myself, Dr. Szuromi decided to consider your plagiarism a matter that can be resolved informally. However, you will need to redo the assignments as outlined below. You will receive an INC for the course, and the work will have to be turned in by 8/31/2022. Dr. Szuromi will grade this work by 9/15/2022. I encourage you to seek guidance on how to avoid plagiarism from your faculty advisor and other resources. If you do not understand how to avoid plagiarism, I am willing to set up a plan and provide resources for you. It is your responsibility to contact me and set up this plan. If you turn in work again that has been plagiarized, Dr. Szuromi will turn this matter over to the Committee on Academic Integrity. If you do not turn in all of the assignments by the agreed upon due date of 8/31/2022, then your INC will convert to an F.

Please reach out if you have any questions.

Sincerely, Dr. Veazey

Assignments to be completed by 8/31/2022:

Week 1 –  CBT FOR SEVERE PSYCHIATRIC DISORDERS Readings: Chapters 1, 2, & 3 in Wright, J. H. (2008) Assignment 1: Review Paper

Week 2 –  [There was no assignment]

Week 3 – 2022: CBT FOR DEPRESSION AND SUICIDALITY Readings: Two parts (1) Chapter 7 in Wright, J. H. (2008), (2) Psychotherapy.net.: Suicide and self-harm, Linda Gask Assignment 2: Review Paper

Week 4 – BEHAVIORAL ACTIVATION Readings: Chapter 9 in Barlow, D. H. (2014). Assignment 3: Review Paper: Describe BA and how BA differs in theory and interventions with CT, as described in the Wright et al. (2008) text.

Week 5 – INTERPERSONAL PSYCHOTHERAPY FOR DEPRESSION Readings: Chapter 8 in Barlow, D. H. (2014). Assignment 4: Review Paper: Describe Interpersonal Psychotherapy for Depression and how IPT is compatible with a Social Cognitive Theory and CBT approach.

Week 6 – BIPOLAR DISORDERS Readings: Chapters 8 & 9 in Wright, J. H. (2008) Assignment 5: Two parts: (1) Review Paper of the readings (2) View and discuss the following video from Fielding's Library at Psychotherapy.net: Assessment & Psychological Treatment of Bipolar Disorder with Kay Jamison

Week 7 – BIPOLAR DISORDERS Readings: Newman, C. F., Leahy, R. L., Beck, A. T., Reilly-Harrington, N. A., & Gyulai, L. (2002) Assignment 6: Review Paper

Week 8 – CBT FOR INTERPERSONAL AND COGNITIVE PROBLEMS IN BIPOLAR DISORDER Readings: Chapters 10 & 12 in Wright, J. H. (2008). Assignment 7: Review Paper

Follow the syllabus and this summary of instructions below:

1. Each review paper is a single spaced 3-4 page scholarly review of the readings assigned for each week. You need to write concisely. Page number excludes title page and references.

2. Each paper is to be a scholarly review paper. You must discuss all the assigned readings and vignettes in your paper. What were the major points the author made? What techniques are being demonstrated in the vignettes? You need to include a brief critique at the end of the paper or after each segment, whichever seems more reasonable to you. A critique includes identifying the strengths and weaknesses of the authors' points, theories, or principles. When you identify weaknesses, you need to include suggestions for addressing the weaknesses.

3. Other than single spacing, follow APA guidelines, this includes headings, titles, subtitles, references, and there needs to be a reference list even though they are assigned readings. Carefully edit your paper. There should not be incomplete sentences, grammatical errors or typos.

### Connie Veazey, PhD

Program Director|

Core Faculty, Director of Engagement and Student Success|

Clinical Psychology Program, School of Psychology|

2020 De la Vina Street | Santa Barbara, CA 93105

phone:  832.595.4641 |

cveazey@fielding.edu | fielding.edu

