# Exhibit 4



Home | Make An Appointment | Services | Who We Are | Employment | Resources | Secure Pay

### EMDR

Eye Movement Desensitization and Reprocessing (EMDR) is an evidence-based treatment for Trauma-Related Disorders.  EMDR is effective in reducing the emotional "charge" that is associated with anxious and traumatic memories including intrusive thoughts, emotional pain, feelings of guilt, and chronic anxiety.  EMDR can be highly effective for individuals who suffer with: Post-Traumatic Stress, Anxiety, Specific Phobias, Performance-Related Issues, Grief and Loss, and other traumatic/anxious events that may be related to feelings of shame and guilt.

EMDR is an effective intervention that works by reducing the emotional intensity of painful memories and helping those emotions associated with those memories to become easier to

manage; and allows for reduction in disruptive emotional responses.  At PILV, all of our EMDR providers follow EMDRIA approved protocols that require an individualized assessment which evaluates current symptoms and personal history.  During the clinical interview process for EMDR, the provider can then determine if EMDR may be an effective treatment.

While highly effective for specific symptoms related to anxiety and trauma, EMDR is not for everyone. A great deal of care is taken to ensure that this intervention is safe and effective for each patient before EMDR sessions are administered.



The Psychology Institute of Las Vegas, PLLC
2451 S Buffalo Drive, Suite 120
Las Vegas, NV 89117
P: 702.546.9600
F: 702.829.8065

Copyright 2023