# Exhibit 6



# Practicum Affiliation Agreement

Between SITE NAME __The Psychology Institute of Las Vegas (PILV)__ Hereafter referred to as the **"Practicum Site"**

SITE ADDRESS

__2451 South Buffalo Drive Suite 120__
__Las Vegas, NV 89117__

And Fielding Graduate University hereafter referred to as **"Fielding"**.

This is an affiliation agreement between the Practicum Site and Fielding for the purpose of training pre-doctoral practicum students in clinical psychology.

The agreement provides the following:

1. Fielding will refer pre-doctoral graduate students for practicum training to the Practicum Site without regard to race, ethnicity, culture, disability, socio-economic status, creed, gender, religion, sexual orientation, or national origin.

2. The Practicum Site will provide at least one doctoral psychologist [to supervise the practicum student(s)]. The psychologists must be licensed or certified by the state of the Practicum Site, unless that state provides for licensure exemption in a public sector institution, and the Practicum Site falls under that exemption.

3. The practicum provides the following activities for the student:

   - A minimum of 25% of the total hours of practicum spent in direct services, either intervention or some assessment included
   - A minimum of 12% of the total hours of practicum spent in direct services in a dedicated assessment only practicum
   - ==A minimum of 12% of the total practicum hours shall be in supervision==
   - The remaining hours may be distributed in direct or indirect service, or additional supervision

4. The Student's primary supervisor at the Practicum must be a licensed doctoral level psychologist and must be approved by Fielding. That individual agrees to send a written evaluation of the practicum student's work to Fielding's Director of Practicum Training at the end of the student's practicum. The primary supervisor also agrees to complete at least one direct observation (e.g., in room or one-way mirror observation of client contact, live video streaming, or video recording) of the student's direct service activity (i.e., intake, test feedback session, therapy) at the practicum site.

2020 De la Vina Street · Santa Barbara, California 93105-3814
805.687.1099 ClinTraining@Fielding.edu www.fielding.edu



11. This agreement shall commence on ___March 17, 2022___ and shall continue until terminated by either the Practicum Site or Fielding, as long as at least a 90-day notice is given in writing to the other party. Such termination of the affiliation agreement will not affect any practicum student(s) enrolled in the practicum at that time until the expiration of the academic term for such practicum student(s). Unless such termination takes place, the affiliation agreement will have a five-year term.

12. This affiliation agreement contains the entire understanding of the parties and shall not be altered, amended, or modified, except by an agreement in writing executed by the duly authorized officials of both parties.

13. The federal and state of ___Nevada___ statutes, guidelines and policies applicable to mental health programs shall apply to all persons subject to the conditions of this agreement.

For the Practicum Site:

_(signature)_
(Signature)

Name: Danielle Moreggi, Ph.D.

Title: Owner DOT

Date: 3/17/2022

For Fielding:

_Elaine D. Hanson, PsyD/JD_
(Signature)
Elaine D. Hanson, PsyD/JD
Director of Practicum Training
Date: ___3/16/2022___

_Kristine M Jacquin_

(Signature)
Kristine Jacquin, PhD
Dean, School of Psychology
Provost Designee
Date: ___3/16/2022___

2020 De la Vina Street · Santa Barbara, California 93105-3814
805.687.1099 ClinTraining@Fielding.edu www.fielding.edu



5. Other communication between the officially designated supervisor(s) of the Practicum and Fielding shall be arranged as deemed necessary or desirable by either party. Each party will inform the other of changes in the curriculum and staff, which affect the practicum student's education program.

6. Although the student performs direct clinical service under supervision, the responsibility for all diagnoses and treatments of the clients/patients belongs to the supervisor(s) at the Practicum Site.

7. Payment of a fellowship or stipend, if offered, and arrangements for holidays and vacation time will be negotiated between the practicum student and the Practicum Site's Director of Clinical Training. The student may not accept payments from the clients.

8. Withdrawal of the practicum student from the Practicum Site may be requested by the Practicum Site, or by Fielding. The Practicum Site may dismiss the practicum student when her/his clinical performance is unsatisfactory or disruptive to the clients/patients. Fielding may withdraw a practicum student from the Practicum Site when, in Fielding's judgment, the clinical experience or clinical supervision does not meet the needs of the student. It is expected that issues related to the practicum student's potential dismissal or withdrawal will be placed in writing and discussed by the appropriate supervisors at the Practicum Site and at Fielding, and that appropriate remedial action is considered prior to such withdrawal or dismissal.

9. Fielding shall cause the following to be done:

a. Appoint a faculty member who will be the liaison representative to the Practicum Site. The name and address of that faculty member shall be communicated to the Practicum Site. Any changes in that faculty member shall be communicated to the Practicum Site in writing.

b. Upon approval of the student's participation in the subject practicum, Fielding Graduate University will provide proof of professional and commercial general liability coverage to the Practicum Site sponsor.

10. The Practicum Site shall cause the following to be done:
a. Designate a practicum supervisor for the practicum student to be the liaison representative to Fielding. The name and address of that supervisor shall be communicated to Fielding. Any changes in that supervisor shall be communicated to Fielding in writing.

b. Provide clients/patients, when available, appropriate to the learning needs of the practicum student(s).

c. Provide suitable physical space, equipment and other support as is necessary for practicum student(s) to function in the Practicum Site, on days mutually agreed upon by the Practicum Site and Fielding.

2020 De la Vina Street · Santa Barbara, California 93105-3814
805.687.1099 ClinTraining@Fielding.edu www.fielding.edu