# Exhibit 7

LIVE ⌄

Jason.
I was just told you sent this to Dr silk and Kent as well.
You should have not done this without talking to me.
This is another example of you doing what you want for yourself in my practice with my team that needs to be discussed with me.
I'm not understanding what is not clear to you about your role at PILV. You are a practicum student at PILV. Everything you do need to be discussed or asked of me first.
Again, this is concerning bc you are not getting it. You are a student. My student.
Please refrain from contacting other staff for a request for your personal needs that has nothing to do with your work at PILV.
I don't know what is not clear about this. You send this to these professional; same day after the recent feedback only yesterday you received?