# Exhibit 8

**Attachment 2:  Referral to PPC**

REFERRAL TO PPC: RE: Jason Sadora September 19, 2022

## Part I: Overview of the Referral

Jason Sadora is a third-year student in the Clinical Psychology Program having entered in the Fall Term of 2020. He has made Satisfactory Academic Progress in the Program on 8/31/21 and 8/31/22, and he has a GPA of 3.589. Since beginning the program, he has moved from the Seattle to Phoenix PDS, due to a personal geographic move. Dr. Maureen Lassen is his current faculty advisor.

At this time, Mr. Sadora is not on any type of formal plan related to academic or professional behavior. However, there have been several instances of intervention by administrators in the program as outlined below aimed at helping Jason stay on track and progress over the last year. Most recently, he has failed his first practicum receiving failing marks on all 9 Clinical Skills Inventory domains. The behavior evidenced across the past year and most recently at the clinical practicum, has reached the level of what our program has defined as a *Problem in Professional Competency (PPC)* and is reflected in the following ways as defined the PPC Policy (**Reference 1**: see below for link to the Program's Policy for Addressing Problems in Professional Competency): 1) and inability and/or unwillingness to acquire and integrate professional standards and knowledge into one's repertoire of professional behavior, 2) an inability and/or unwillingness to acquire professional skills in order to reach an acceptable level of competence, and/or 3) an inability to control personal stress, psychological problems, and/or excessive emotional reactions which interfere with professional functioning.
Mr. Sadora has displayed behaviors which have been documented by faculty and his practicum supervisor which meet the following PPC characteristics as outlined in the policy:

**The student does not acknowledge, understand, or address the problem when it is identified:** While Jason did respond to feedback in the two Academic settings where he was asked to revise and resubmit his work, this did not transfer to the practicum setting where he did not demonstrate incorporation of supervisor feedback. This suggests a lack of understanding of the problem that he has not been incorporating and benefiting from feedback.

**A disproportionate amount of attention by faculty is required:** In 710B the amount of attention and communications necessary to get Jason to submit passing level work was out of the norm of that typically given to students. In addition, there was significant time and attention given to Jason to get him to understand the difficulties with his presenting copied work in PSY629B. Dr. Veazey had meetings with both Dr. Szuromi and Mr. Sadora to develop a workable plan to assist him in redoing the work and maintain progress. Finally, in terms of the failing practicum, Dr. Hanson and Dr. Read spent substantial time communicating with the practicum supervisor and meeting with Mr. Sadora to gain an understanding of why he was dismissed from the practicum and ensure that proper protocol was followed. The practicum supervisor also documents that there was an increase in supervision due to identified deficits. In addition, Dr. Veazey was involved in discussion of handling of this topic and with Mr. Sadora.

**The problematic behavior has had or has the potential for ethical or legal ramifications if not addressed:** Jason directly went against supervision advice and engaged in a therapeutic modality which the supervisor determined Jason was not qualified to administer and also was not appropriate for the client.

In addition the behaviors are inconsistent with his expected development in the following Profession Wide Competencies (IV and V) set forth by the Commission on Accreditation for students in APA accredited doctoral training programs (**Reference 2**: Commission on Accreditation: Implementing Regulations: Section C: IRs Related to the Standards of Accreditation):

IV. Professional Values and Attitudes
Doctoral students are expected to respond professionally in increasingly complex situations with a greater degree of independence across levels of training. Doctoral students are expected to:
• behave in ways that reflect the values and attitudes of psychology, including integrity, deportment, professional identity, accountability, lifelong learning, and concern for the welfare of others.
• engage in self-reflection regarding one's personal and professional functioning; engage in activities to maintain and improve performance, well-being, and professional effectiveness.
• actively seek and demonstrate openness and responsiveness to feedback and supervision.
• respond professionally in increasingly complex situations with a greater degree of independence as they progress across levels of training.

V. Communication and Interpersonal Skills
Doctoral students are expected to respond professionally in increasingly complex situations with a greater degree of independence across levels of training.
The CoA views communication and interpersonal skills as foundational to education, training, and practice in health service psychology. These skills are essential for any service delivery/activity/interaction and are evident across the program's expected competencies. Doctoral students are expected to:
•	• develop and maintain effective relationships with a wide range of individuals, including colleagues, communities, organizations, supervisors, supervisees, and those receiving professional services.
•	• produce and comprehend oral, nonverbal, and written communications that are informative and well-integrated; demonstrate a thorough grasp of professional language and concepts.
•	• demonstrate effective interpersonal skills and the ability to manage difficult communication well.

The PPC committee is being asked to consider the full range of possibilities given the seriousness of the last violation at practicum:
(a) retention of the student in good standing,
(b) allowing the student to continue in the program but without receiving credit for completed work (e.g., internship, practicum, course),
(c) allowing the student to continue in the program on probationary status until specified conditions* as outlined in a remediation plan are met, and/ or
(d) immediate dismissal of the student from the program. In the case of a remediation, each required step and timeline for completion will be provided.

Summary: Mr. Sadora has displayed a concerning escalating pattern of behavior that is consistent with a disregard of rules and procedures of the program and profession. It culminated in dismissal from a

practicum based on serious ethical violations. The PPC is being asked to consider whether the pattern of behavior would benefit from remediation attempts and what those remediation plans would look like or whether this behavior has reached a level which warrants dismissal from the Clinical Program.

Sincerely,


Connie Veazey, PhD
Program Director
Clinical Psychology
Joan Read, PhD
Director of Clinical Training
Clinical Psychology


## Part II: Timeline with Description of Instances Leading to the current PPC

1. There was indication by his professor, Dr. Nathan Griffith, that in PSY 710B: Cognitive Assessment, Jason was demonstrating problematic performance in learning to administer the WAIS. Jason did incorporate the feedback and passed the course with a B. a.
**Reference 3:** Excerpt from E-mail dated March 23, 2022: "Based on my experience with Jason in this course, I think there's a reasonable possibility that his administration video will not be at an acceptable level of quality. . ."
b. **Reference 4:** Email from Dr. Griffith dated April 11, 2022, that indicated the WAIS administration was very poor and had to be redone.

2. The professor, Dr. Ibolya Szuromi, of PSY629B2 reported evidence of plagiarism in Jason's work in the course to Dr. Connie Veazey during a meeting. In consultation with Dr. Katie McGraw, it was decided to have an informal resolution of the complaint. Jason complied with the informal resolution, and he recently finished the course and received a B+ in the course. a. **Reference 5:** Email dated April 22, 2022 from Dr. Veazey documenting the report of the plagiarism and decision to resolve informally.

3. Jason has exhibited unrealistic expectations about rushing program requirements. He attempted to engage in 2 practicum sites at the same time despite being advised against it, and he also did not meet the pre-requisites to start practicum. There was much back and forth between Dr. Hanson (Director of Practicum Training), Dr. Read (Director of Clinical Training), Dr. Veazey (Program Director), and Jason to help him understand the need for completing pre-requisites and engaging more reflectively in the practicum training sequence. Based on 1 and 2 above, it was determined that Jason would not be allowed to start the assessment practicum at a VA, but he would be allowed to start an intervention focused practicum. a. **Reference 6A and 6B:** Selected Emails evidencing communication between the identified parties attempting to help Jason enter an appropriate practicum based on the identified difficulties.

4. Mr. Sadora was dismissed from his Practicum and received failing CSI evaluations across all 9 domains (**Reference 7**). It was reported that he was uncooperative with supervision and engaged in a treatment approach (EMDR) which he was specifically told by the supervisor not to engage in with a complex trauma patient.

## Part III: List of References:
1. Link to PPC in current University Catalog:
https://catalog.fielding.edu/content.php?catoid=10&navoid=559#student-impairment-psy