# Exhibit 9

**Attachment 1: Email to Mr. Sadora on 11/23/2022**

From:  Connie Veazey
To: Jason Sadora
Cc:
Joan B. Read;
ClinAdvisor;
Maureen K. Lassen;
Elaine Hanson
Wed 11/23/2022 9:16 AM

Dear Jason,
This letter is being sent to inform you of the findings of the Problems in Professional Competence Committee (PPC).  The committee consisted of 3 clinical psychology faculty members.  One member of the committee recommended dismissing you from the program, and the other two members recommended that you be suspended from the program for a minimum of one academic semester, and then be allowed to re-enter the program based on the following recommendations and conditions:

1. It is recommended that you use the time during suspension to engage in personal psychotherapy aimed at increasing self-awareness, personal responsibility, and behavior change necessary for adequate professional performance.
2. At the conclusion of the suspension, you will need to engage in a re-entry interview with two faculty members designated by the program director to ensure that you have made sufficient progress to be permitted to re-enter the program on probation.  You will only be allowed to re-enter if both of these faculty are in agreement with allowing re-entry.
3. If you are allowed to re-enter, you will enter under a probationary period under conditions of a clinical remediation plan.
4. The remediation will include:
    1. Attendance at the practicum support group facilitated by Dr. Elaine Hanson, Director of Practicum Training.
    2. You will complete a 2 credit independent study course focusing on the role of clinical supervision in the training of a clinical psychologist.  This course should emphasize optimal student engagement in supervision for gaining maximum benefit.
    3. You must retake PCS terms 1 and 2.
    4. Upon successful completion of one clinical practicum the remediation plan will be considered complete.
    5. A more detailed plan will be developed by the DCT and PD upon re-entry in Fall 2023.

Finally, the PPC made the following statement as a condition in the terms of your possible re-entry:  "At any time while the student is enrolled in the program, any further incident reported about the student by any faculty or clinical supervisor involving unprofessional conduct will constitute grounds for termination by the Director of Clinical Training and the Program Director, among other remedies. Compliance with the probation requirements must be an absence of events: the student must be able to proceed through the program, practicum placements, and internship without any additional incident that results in faculty or clinical supervisors raising formal concerns. Any waiver of dismissal or other action after an incident shall not constitute waiver in the future of an action."

In consultation with the Director of Clinical Training, I made the decision to have your period of suspension be two academic semesters (Spring 2023 and Summer 2023).  During this time, you are strongly encouraged to engage in the first condition listed above.  In late July of 2023, you will be scheduled for a re-entry interview

with 2 faculty, and if they approve you will be allowed to re-enter the program in Fall 2023. If you are allowed to re-enter, you must enroll in PSY 629B1 and an independent study ethics course (2 credits: faculty and course number to be determined) for Fall 2023. In addition, there will be a full Clinical Remediation Plan developed for your re-entry.

Please let me know by 12/2/2022 if you accept the terms of this plan, and you will be referred to the Clinical Advisor for Clinical Psychology who will assist you with taking a 2-term leave. While this is a difficult decision and poses a challenge to your progress through the Clinical Program, I encourage you to consider the goal of these actions by those in supervisory relationship with you, which is to help you develop professional skills and attitudes needed to progress successfully through graduate training and licensure as a Clinical Psychologist.

Sincerely,

Dr. Veazey

**Connie Veazey, PhD**
Program Director|
Core Faculty, Director of Engagement and Student Success|
Clinical Psychology Program, School of Psychology|
2020 De la Vina Street | Santa Barbara, CA 93105
phone:  832.595.4641 |
cveazey@fielding.edu | [fielding.edu](fielding.edu)

FIELDING GRADUATE UNIVERSITY