# Exhibit 10



Live Chat    800-340-1099    Calendar    f    ✕    ▶    **REQUEST INFO**    **APPLY NOW**

Centers & Initiatives    Alumni    DEI    News & Media    Giving    myFielding    🔍

DEGREES & PROGRAMS    PROSPECTIVE STUDENTS    CURRENT STUDENTS    ADMISSIONS

ABOUT    +



LEARN MORE

"*" indicates required fields

Fielding Graduate University was founded in March of 1974, in Santa Barbara, CA.
[pictured: students attend in-person Winter Session in Santa Barbara, California. Photo taken pre-COVID-19.]

| Program of Interest* |
| Anticipated Start Ter | Your Location* |
| First Name* | Last Name* |
| Email* | Phone* |

SUBMIT

*All Fields are required. By submitting this form, you agree to be contacted regarding your request and are confirming you agree to our Terms of Use.

UNIVE...
for the Working Professional

ENROL...
940 Stude...

DEMO...
80% Wom...
20% Men.

AGE RANG...
21 – 84

Student-Faculty Ratio
9:1

About Fielding
**Fielding At A Glance**
Vision, Mission, and Values
Accreditations
Diversity, Equity, and Inclusion
Academic Sessions and Events
University Leadership
Rowan Education Partners

# Fielding At A Glance

**Student Demographics**

Enrollment 940

Women 80%    Men 20%

Age Range 21-84

**Race and Ethnicity**



Chat ⌃