FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorneys for Defendants,
Fielding Graduate University, Wendi Williams
and Connie Veazey

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON SADORA,<br><br>Plaintiff,<br><br>v.<br><br>FIELDING GRADUATE UNIVERSITY, a business; DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas, in her individual and official capacities; WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities; CONNIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities; DOES INDIVIDUALS 4 through 50, inclusive, in their individual and official capacities; and DOE BUSINESS ENTITIES, 2 THROUGH 10, inclusive,<br><br>Defendants. | Case No:   2:24-cv-1240-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFEDANTS FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS, AND CONNIE VEAZEY TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants, Fielding Graduate University, Wendi Williams, and Connie Veazey, will have additional time up to and including September 16, 2024 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendants need additional time to review  and respond to

/ / /

/ / /

1

FP 52181777.1

the allegations of the 47-page Complaint. This is the first request for an extension of this deadline.

| ROBERT S. MELCIC, ESQ. | FIHSER & PHILLIPS, LLP |
|---|---|
| /s/ *Robert Melcic* | /s/ *Scott M. Mahoney* |
| Robert S. Melcic, Esq. | Scott M. Mahoney, Esq. |
| 3315 E. Russell Road | 300 South 4th Street |
| Suite A4-271 | Suite 1500 |
| Las Vegas, NV  89120 | Las Vegas, NV  89101 |
| 702-256-4235 | 702-252-3131 |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 9, 2024

2

FP 52181777.1