# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Plaintiff(s),
JASON SADORA

vs.

FIELDING GRADUATE UNIVERSITY, a business, DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas, in her individual and official capacities, WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities, CONNIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities, DOES INDIVIDUALS 4 through 50 inclusive in their individual and official capacities, and DOE BUSINESS ENTITIES 2 THROUGH 10

Defendant(s).

Case # 2:24-cv-1240-APG-EJY

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Harrison Michael Thorne_____ Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Fisher & Phillips LLP
(firm name)

with offices at  444 South Flower Street, Suite 1500
(street address)

Los Angeles         California        90071
(city)               (state)         (zip code)

(213) 330-4500        hthorne@fisherphillips.com
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS, and CONNIE VEAZEY to provide legal
[client(s)]

representation in connection with the above-entitled case now pending before this Court

Rev. 5/16

3. That since _____December 3, 2016_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | September 11, 2017 | 313295 |
| California | December 3, 2016 | 313295 |
| Eastern District of California | March 5, 2021 | 313295 |
| Northern District of California | June 5, 2018 | 313295 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Nevada____ )
                        )
COUNTY OF ____Clark____  )

____Harrison Michael Thorne____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____

See attached certificate

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Scott McDonnell Mahoney__
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____300 S. Fourth Street, Suite 1500_____
(street address)

____Las Vegas____    ____Nevada____    ____89101____
(city)                (state)           (zip code)

____(702) 252-3131____    ____smahoney@fisherphillips.com____
(area code + telephone number)    (Email address)

4

Rev. 5/16

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF __Los Angeles__ }

Subscribed and sworn to (or affirmed) before me on this __17__ day of __September__, __2024__
                                                                       *Date*                          *Month*         *Year*

by __Harrison Michael Thorne__

*Name of Signers*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____
*Signature of Notary Public*

RACHEL MINTZ
Notary Public - California
Los Angeles County
Commission # 2489351
My Comm. Expires May 11, 2028

*Seal*
*Place Notary Seal Above*

---------------------------------------------------------- **OPTIONAL** ----------------------------------------------------------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Verified PHV petition__

Document Date: _____

Number of Pages: _____

Signer(s) Other Than Named Above: _____

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Scott McDonnell Mahoney_____ as
                                          (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

__Dino Ferrare, VP HR & IT_____
(type or print party name, title)

_____
(party's signature)

__Wendi Williams, Provost and Senior Vice President__
(type or print party name, title)

_____
(party's signature)

__Connie Veazey, Director of Clinical Programs__
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1099                          smahoney@fisherphillips.com
Bar number                    Email address

APPROVED:

Dated: this __24th__ day of __October__, 20__24__.

_____
UNITED STATES DISTRICT JUDGE

5                                                           Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

September 10, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HARRISON MICHAEL THORNE, #313295 was admitted to the practice of law in this state by the Supreme Court of California on December 3, 2016 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records