FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com

FISHER & PHILLIPS LLP
Harrison M. Thorne (CA SBN 313295) (Admitted *Pro Hac Vice*)
E-Mail: hthorne@fisherphillips.com
Jacob M. Axelrad (CA SBN 351682) (Admitted *Pro Hac Vice*)
E-Mail: jaxelrad@fisherphillips.com
444 South Flower Street, Suite 1500
Los Angeles, California 92614
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendants,
FIELDING GRADUATE UNIVERSITY, WENDI
WILLIAMS, and CONNIE VEAZEY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON SADORA,<br><br>        Plaintiff,<br><br>    v.<br><br>FIELDING GRADUATE UNIVERSITY, a business; DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas, in her individual and official capacities; WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities; CONNIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities; DOES INDIVIDUALS 4 through 50, inclusive, in their individual and official capacities; and DOE BUSINESS ENTITIES, 2 THROUGH 10, inclusive,<br><br>        Defendants. | Case No:   2:24-cv-1240-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS, CONNIE VEAZEY, AND DANIELLE MOREGGI AND PLAINTIFF JASON SADORA TO SUBMIT  WRITTEN CONFIDENTIAL EARLY NEUTRAL EVALUATION STATEMENTS** |

1

WHEREAS, on October 2, 2024, the Court set an Early Neutral Evaluation, to be held on January 15, 2025;

WHEREAS, the Order Scheduling Early Neutral Evaluation (ECF No. 22) specified that the Parties are required to submit confidential briefs by or before January 8, 2025;

WHEREAS, Defendants Fielding Graduate University, Wendi Williams, and Connie Veazey noticed the deposition of Plaintiff for January 9, 2025 (Plaintiff's first date of availability following the holidays);

WHEREAS, counsel for all Parties have agreed that testimony from Plaintiff's deposition may be useful for inclusion in the Parties' confidential briefs;

WHEREAS, counsel for all Parties have agreed to request permission to submit their confidential briefs by January 13, 2025 (*i.e.*, prior to the pre-evaluation telephonic conference set for January 14, 2025);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties' counsel of record that Defendants Fielding Graduate University, Wendi Williams, Connie Veazey, and Danielle Moreggi (collectively "Defendants"), and Plaintiff Jason Sadora ("Plaintiff") will extend  their briefing  deadlines for the Early Neutral  Evaluation  Confidential

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Written Evaluation Statement from January 8, 2025, to January 13, 2025, to allow time to incorporate testimony from Plaintiff's deposition. The Early Neutral Evaluation will remain scheduled for January 15, 2025, at 10:00 a.m. via Zoom video conference.

Dated this 19th day of December, 2024.

| | |
|---|---|
| ROBERT S. MELCIC, ESQ. | FISHER & PHILLIPS, LLP |
| | |
| /s/ *Robert S.Melcic* | /s/ *Scott M. Mahoney* |
| Robert S. Melcic, Esq. | Scott M. Mahoney, Esq. |
| 3315 E. Russell Road | 300 South 4th Street |
| Suite A4-271 | Suite 1500 |
| Las Vegas, NV  89120 | Las Vegas, NV  89101 |
| 702-256-4235 | 702-252-3131 |
| Attorneys for Plaintiff Jason Sadora | Attorneys for Defendants Fielding Graduate University, Wendi Williams, and Connie Veazey |

| | |
|---|---|
| GORDON REES SCULLY MANSUKHANI, LLP | SKANE MILLS, LLP |
| | |
| /s/ *Jacqueline V. Nichols* | /s/ *Sarai L. Thornton* |
| Jacqueline V. Nichols, Esq. | Sarai L. Thornton, Esq. |
| 300 S. Fourth St. | 1120 Town Center Drive |
| Suite 89101 | Suite 200 |
| Las Vegas, NV 89101 | Las Vegas, NV  89144 |
| 702-577-9300 | 702-363-2535 |
| Attorneys for Defendant Danielle Moreggi | Attorneys for Defendant Fielding Graduate University |

IT IS SO ORDERED:

_____

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Dated:_____