1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com

6
   FISHER & PHILLIPS LLP
7  Harrison M. Thorne (CA SBN 313295) (Admitted *Pro Hac Vice*)
   E-Mail: hthorne@fisherphillips.com
8  Jacob M. Axelrad (CA SBN 351682) (Admitted *Pro Hac Vice*)
   E-Mail: jaxelrad@fisherphillips.com
9  444 South Flower Street, Suite 1500
   Los Angeles, California 92614
10 Telephone: (213) 330-4500
   Facsimile: (213) 330-4501
11

12 Attorneys for Defendants,
   FIELDING GRADUATE UNIVERSITY, WENDI
13 WILLIAMS, and CONNIE VEAZEY

14                    UNITED STATES DISTRICT COURT

15                        DISTRICT OF NEVADA

16 JASON SADORA,                          Case No:   2:24-cv-1240-APG-EJY

17              Plaintiff,
                                          **STIPULATION AND ORDER TO EXTEND**
18      v.                                **TIME FOR DEFEDANTS FIELDING**
                                          **GRADUATE UNIVERSITY, WENDI**
19 FIELDING GRADUATE UNIVERSITY,          **WILLIAMS, CONNIE VEAZEY, AND**
   a business; DANIELLE MOREGGI,          **DANIELLE MOREGGI AND PLAINTIFF**
20 Clinical and Training Director for the **JASON SADORA TO SUBMIT  WRITTEN**
   Psychology Institute of Las Vegas, in her **CONFIDENTIAL EARLY NEUTRAL**
21 individual and official capacities; WENDI **EVALUATION STATEMENTS**
   WILLIAMS, Provost at Fielding, in her
22 individual and official capacities;
   CONNIE VEAZEY, Program Director,
23 Clinical Psychology Department at
   Fielding, in her individual and official
24 capacities; DOES INDIVIDUALS 4
   through 50, inclusive, in their individual
25 and official capacities; and DOE
   BUSINESS ENTITIES, 2 THROUGH 10,
26 inclusive,

27              Defendants.

28

                                 1

1    WHEREAS, on October 2, 2024, the Court set an Early Neutral Evaluation, to be held on

2  January 15, 2025;

3    WHEREAS, the Order Scheduling Early Neutral Evaluation (ECF No. 22) specified that

4  the Parties are required to submit confidential briefs by or before January 8, 2025;

5    WHEREAS, Defendants Fielding Graduate University, Wendi Williams, and Connie

6  Veazey noticed the deposition of Plaintiff for January 9, 2025 (Plaintiff's first date of availability

7  following the holidays);

8    WHEREAS, counsel for all Parties have agreed that testimony from Plaintiff's deposition

9  may be useful for inclusion in the Parties' confidential briefs;

10    WHEREAS, counsel for all Parties have agreed to request permission to submit their

11  confidential briefs by January 13, 2025 (*i.e.*, prior to the pre-evaluation telephonic conference set

12  for January 14, 2025);

13    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties'

14  counsel of record that Defendants Fielding Graduate University, Wendi Williams, Connie

15  Veazey, and Danielle Moreggi (collectively "Defendants"), and Plaintiff Jason Sadora

16  ("Plaintiff") will extend their briefing deadlines for the Early Neutral Evaluation Confidential

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

1  Written Evaluation Statement from January 8, 2025, to January 13, 2025, to allow time to

2  incorporate testimony from Plaintiff's deposition. The Early Neutral Evaluation will remain

3  scheduled for January 15, 2025, at 10:00 a.m. via Zoom video conference.

4          Dated this 19th day of December, 2024.

5  ROBERT S. MELCIC, ESQ.                          FISHER & PHILLIPS, LLP

6

7  /s/ *Robert S.Melcic*                           /s/ *Scott M. Mahoney*
   Robert S. Melcic, Esq.                          Scott M. Mahoney, Esq.

8  3315 E. Russell Road                            300 South 4th Street
   Suite A4-271                                    Suite 1500

9  Las Vegas, NV  89120                            Las Vegas, NV  89101
   702-256-4235                                    702-252-3131

10 Attorneys for Plaintiff Jason Sadora           Attorneys for Defendants Fielding
                                                   Graduate University, Wendi Williams, and

11                                                 Connie Veazey

12

13 GORDON REES SCULLY MANSUKHANI, LLP   SKANE MILLS, LLP

14

15 /s/ *Jacqueline V. Nichols*                    /s/ *Sarai L. Thornton*
   Jacqueline V. Nichols, Esq.                     Sarai L. Thornton, Esq.

16 300 S. Fourth St.                               1120 Town Center Drive
   Suite 89101                                     Suite 200

17 Las Vegas, NV 89101                             Las Vegas, NV  89144
   702-577-9300                                    702-363-2535

18 Attorneys for Defendant Danielle Moreggi       Attorneys for Defendant Fielding Graduate
                                                   University

19

20                        IT IS SO ORDERED:

21

22
                          _____
23                        BRENDA WEKSLER
                          UNITED STATES MAGISTRATE JUDGE
24                        Dated: December 20, 2024

25

26

27

28
                                        3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28