1  Elizabeth A. Skane, Esq. (Bar No. 7181)
   eskane@skanemills.com
2  Sarai L. Thornton, Esq. (Bar No. 11067)
   sthornton@skanemills.com
3  SKANE MILLS LLP
   1120 Town Center Drive, Suite 200
4  Las Vegas, Nevada 89144
   T:  (702) 363-2535 / F:  (702) 363-2534
5

6  Harrison Thorne, Esq. (CA SBN 313295)  *(Admitted Pro Hac Vice)*
   hthorne@fisherphillips.com
7  FISHER & PHILLIPS LLP
   444 S. Flower Street, Suite 1500
8  Los Angeles, California 92614

9  Attorneys for Defendants, FIELDING GRADUATE UNIVERSITY,
   WENDI WILLIAMS and CONNIE VEAZEY
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON SADORA,<br><br>          Plaintiff,<br><br>     v.<br><br>FIELDING GRADUATE UNIVERSITY, a business; DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas, in her individual and official capacities; WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities; CONNIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities; DOE INDIVIDUALS 4 through 50, inclusive, in their individual and official capacities; and DOE BUSINESS ENTITIES, 2 through 10, inclusive,<br><br>          Defendants. | CASE NO.:  2:24-cv-01240-APG-EJY<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE, AGAINST DEFENDANT FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS, AND CONNIE VEAZEY** |

///

FP 54004480.1

**IT IS HEREBY STIPULATED** by and between Plaintiff, JASON SADORA ("Plaintiff"), by and through his counsel of record, Robert S. Melcic, Esq. of THE LAW OFFICE OF ROBERT S. MELCIC, and Defendants FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS and CONNIE VEAZEY, by and through their counsel of record, Sarai L. Thornton, Esq. of SKANE MILLS LLP and Harrison Thorne, Esq. of FISHER & PHILLIPS LLP that the Complaint filed by Plaintiff JASON SADORA against Defendants FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS and CONNIE VEAZEY, and any amendments thereafter, are hereby dismissed with prejudice against FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS and CONNIE VEAZEY.

Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 4th day of March, 2025.

THE LAW OFFICE OF ROBERT S. MELCIC

/s/ Robert S. Melcic

By:
Robert S. Melcic, Esq. (Bar No. 14923)
robertmelcic@gmail.com
3315 E. Russell Rd., Ste. A4-271
Las Vegas, Nevada 89120

Attorney for Plaintiff,
JASON SADORA

DATED this 4th day of March, 2025.

SKANE MILLS LLP

/s/ Sarai L. Thornton

By:
Sarai L. Thornton, Esq. (Bar No. 11067)
espaur@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144

/s/ Harrison Thorne

Harrison Thorne, Esq. (CA SBN 313295)
FISHER & PHILLIPS LLP
hthorne@fihserphillips.com
444 S. Flower St., Ste. 1500
Los Angeles, CA 90071

Attorneys for Defendants,
FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS, and CONNIE VEAZEY

FP 54004480.1

## ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, JASON SADORA, against Defendants FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS and CONNIE VEAZEY, in the above-captioned matter, United States District Court, Case No. 2:24-cv-01240-APG-EJY, including all claims alleged therein, are hereby dismissed with prejudice as to Defendants FIELDING GRADUATE UNIVERSITY, WENDI WILLIAMS and CONNIE VEAZEY.

Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED:

Dated: March 5, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SKANE MILLS LLP

By: */s/ Sarai L. Thornton*
Elizabeth A. Skane, Esq. (Bar No. 7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar No. 11067)
sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

Attorneys for Defendants,
FIELDING GRADUATE UNIVERSITY,
WENDI WILLIAMS and CONNIE VEAZEY

FP 54004480.1