Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702-727-1400
Facsimile: 702-727-1401
Sheri.Thome@wilsonelser.com
Holly.Walker@wilsonelser.com
*Attorneys for Defendant*
*Danielle Moreggi*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON SADORA, | Case No. 2:24-cv-01240-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DISCOVERY DEADLINES** |
| FIELDING GRADUATE UNIVERSITY, a business; DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas in her individual and official capaci-ties; WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities; CON-NIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities; DOE INDIVIDUALS 4 through 50, inclusive, in their individual and of-ficial capacities; and DOE BUSINESS ENTITIES, 2 through 10, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Jason Sadora and Defendant Danielle Moreggi, by and through their undersigned counsel of record, hereby submit the following Stipulation to Extend Discovery Deadlines in accordance with LR 26-3 and LR IA 6-1.

This is the first request to extend the deadlines in the scheduling order (ECF No. 27), and counsel submits that the request is brought in good faith, supported by good cause in compliance with LR 26-3, is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines, and is not intended to cause delay.

310778386v.1

Page 1 of 4

**A.    DISCOVERY COMPLETED TO DATE (LR 26-3(a))**

1. The Rule 26(f) conference was held on October 8, 2024.

2. Plaintiff and Defendant served their initial disclosures on October 23, 2024. Plaintiff served his first supplemental disclosures on November 20, 2024 and second supplemental disclosures on December 3, 2024.

3. On November 20, 2024, Plaintiff served his first set of requests for production of documents on Defendant. Defendant responded to these requests on December 30, 2024.

4. On February 13, 2025, Plaintiff served his first set of interrogatories, second set of requests for production of documents, and first set of request for admissions on Defendant.

5. On January 9, 2025, Plaintiff was deposed by former Defendants Fielding Graduate University, Wendi Williams, and Connie Veazey ("former Defendants"). During this deposition, Defendant expressly reserved the right to depose Plaintiff on another date and time.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED (LR 26-3(b))**

The parties anticipate completing the following discovery:

1. Defendant's responses to Plaintiff's first set of interrogatories, second set of requests for production of documents, and first set of requests for admission are currently due on April 11, 2025;

2. Defendant will be serving her first set of interrogatories, requests for production of documents, and requests for admission to Plaintiff shortly;

3. Additional written discovery as needed in follow-up to the initial round of discovery;

4. Subpoenas to potential third parties for records;

5. Expert disclosures; and

6. Depositions of parties, potential third-party witnesses, and expert witnesses.

**C.    REASONS WHY DEADLINE WAS NOT SATISFIED/GOOD CAUSE FOR REQUEST (LR 26-3(c))**

Discovery in this matter has been inadvertently delayed for legitimate reasons. Plaintiff has been engaged in settlement negotiations with the former Defendants in this case, which ultimately resulted in their dismissal. ECF No. 38. Second, on March 4, 2025, Defendant substituted her

1  counsel, who have been retained in this case for only a month.  ECF No. 36.  As a result, the parties
2  believe that more time is necessary.
3        Separately, the parties need to decide whether to retain experts.  After their initial round of
4  discovery, the parties will conduct depositions but will not be able to have those completed and
5  transcripts back before the April 24, 2025 initial expert deadline, should either side choose to retain
6  an expert.  The parties did not delay in setting depositions, as they wanted to have written discovery
7  responses in hand before taking those depositions.  Without an extension, experts will have to issue
8  reports without the benefit of the deposition testimony and then supplement thereafter, which will
9  involve increased expense.  As such, the parties request an extension of ninety (90) days on the
10  remaining deadlines to accommodate the additional time needed.

**D.     PROPOSED DISCOVERY SCHEDULE (LR 26-3(d))**

| Description | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Last Day to Amend Pleadings or Add Parties | March 25, 2025 | **Unchanged** |
| Last Day to Disclose Initial Expert Reports | April 24, 2025 | **July 23, 2025** |
| Last Day to Disclose Rebuttal Experts | May 26, 2025 | **August 25, 2025**[1] |
| Last Day to Complete Discovery | June 23, 2025 | **September 22, 2025**[2] |
| Last Day to File Dispositive Motions | July 23, 2025 | **October 21, 2025** |
| Last Day to File Joint Pre-Trial Order | August 22, 2025 | **November 19, 2025** or thirty (30) days after a ruling on any dispositive motions |

///
///
///
///
///
///
///

---

[1] The proposed deadline falls on Sunday, August 24, 2025, which is a non-judicial day.  FRCP 6(a)(1)(C).
[2] The proposed deadline falls on Sunday, September 21, 2025, which is a non-judicial day.  FRCP 6(a)(1)(C).

310778386v.1

**IT IS SO STIPULATED.**

DATED this 3rd day of April, 2025.    DATED this 3rd day of April, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN    THE LAW OFFICE OF ROBERT S. MELCIC
& DICKER LLP

By: */s/ Sheri M. Thome*  
    Sheri M. Thome, Esq.  
    Nevada Bar No. 008657  
    6689 Las Vegas Blvd. South, Suite 200  
    Las Vegas, Nevada 89119  
    *Attorneys for Defendant*

By: */s/ Robert S. Melcic*  
    Robert S. Melcic, Esq.  
    Nevada Bar No. 014923  
    3315 E. Russell Rd., Ste. A4-271  
    Las Vegas, NV 89120  
    *Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED:

[signature]  
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2025