UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASON SADORA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIELDING GRADUATE UNIVERSITY, a business; DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas, in her individual and official capacities; WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities; CONNIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities; DOES INDIVIDUALS 4 through 50, inclusive, and DOE BUSINESS ENTITIES, 2 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-01240-APG-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Stay Case. ECF No. 45. On September 21, 2025, the Court entered an Order allowing counsel for Plaintiff to withdraw. ECF No. 51. Since that time, the Motion to Stay Case was referred to the undersigned for decision. The Motion fails to provide any reason for a six month stay of proceedings. However, a short stay of discovery that provides Plaintiff time to retain new counsel is appropriate.

Accordingly, IT IS HEREBY ORDERED that the Motion to Stay Case (ECF No. 45) is DENIED.

IT IS FURTHER ORDERED that all discovery deadlines and due dates are stayed for the period commencing on October 6, 2025 and ending on November 5, 2025.

IT IS FURTHER ORDERED that discovery will automatically recommence on November 6, 2025.

IT IS FURTHER ORDERED that all due dates for propounded discovery currently pending are extended for a period of thirty (30) days from their current due dates.

1  IT IS FURTHER ORDERED that if an extension of discovery is required arising from this stay, the parties may submit a stipulation regarding the same.

2  IT IS FURTHER ORDERED that the Clerk of Court is to add Plaintiff's address to the docket **and this and all future orders are to be mailed to Plaintiff at such address** until an attorney makes an appearance for Plaintiff, if ever. Plaintiff's address is found on the Certificate of Service (page 4) of ECF No. 45.

3  IT IS FURTHER ORDERED that Plaintiff **must** provide the Court with an email address and telephone number at which he can be reached no later than November 6, 2025.

Dated this 6th day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE