1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  Holly E. Walker, Esq.
   Nevada Bar No. 014295
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   6689 Las Vegas Blvd. South, Suite 200
4  Las Vegas, Nevada 89119
   Telephone: 702-727-1400
5  Facsimile: 702-727-1401
   Sheri.Thome@wilsonelser.com
6  Holly.Walker@wilsonelser.com
   *Attorneys for Defendant Danielle Moreggi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON SADORA,<br><br>            Plaintiff,<br><br>     v.<br><br>FIELDING GRADUATE UNIVERSITY, a business; DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas in her individual and official capacities; WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities; CONNIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities; DOE INDIVIDUALS 4 through 50, inclusive, in their individual and official capacities; and DOE BUSINESS ENTITIES, 2 through 10, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-01240-APG-EJY<br><br>**STIPULATED:**<br><br>**(1) NOTICE OF SETTLEMENT; (2) REQUEST FOR STAY; and (3) REQUEST FOR STATUS CHECK** |

Plaintiff Jason Sadora, proceeding *pro se*, and Defendant Danielle Moreggi, by and through her undersigned counsel of record, hereby file this Stipulated Notice of Settlement and Request for Stay and Status Check. The parties have reached a full resolution of this matter and are working to finalize the language of the settlement agreement. The parties require enough time to complete the settlement process, including the issuance of settlement funds, in order to file a stipulation and order to dismiss this action. Thus, the parties respectfully request that the Court schedule a settlement status check conference in approximately 90 days, at the Court's convenience, to permit the parties time to complete the settlement process and file a stipulation and order for dismissal. The status

Page 1 of 2

326394795v.1

check can be vacated if the Stipulation and Order for Dismissal with Prejudice is entered by the Court as an order in advance thereof.

The parties also request that the Court stay all pending deadlines, including those set forth in the Order Granting Stipulation to Extend Discovery Deadlines (ECF No. 55). The parties wish to avoid incurring additional fees and costs complying with the pending deadlines while the parties prepare the necessary settlement documents and dismissal.

**IT IS SO STIPULATED.**

DATED this 12th day of December, 2025.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Holly E. Walker, Esq.*
Holly E. Walker, Esq.
Nevada Bar No. 014295
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendant*

DATED this 12th day of December, 2025.

PLAINTIFF JASON SADORA

By: */s/ Jason Sadora*
Jason Sadora
513 E. Delno Dr.
Unit #1
Salt Lake City, UT 84107
*Plaintiff Proceeding Pro Se*

## ORDER

IT IS SO ORDERED: Status Report due March 16, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: December 15, 2025