Sheri M. Thome, Esq.
Nevada Bar No. 008657
Holly E. Walker, Esq.
Nevada Bar No. 014295
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702-727-1400
Facsimile: 702-727-1401
Sheri.Thome@wilsonelser.com
Holly.Walker@wilsonelser.com
*Attorneys for Defendant Danielle Moreggi*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON SADORA,<br><br>Plaintiff,<br><br>v.<br><br>FIELDING GRADUATE UNIVERSITY, a business; DANIELLE MOREGGI, Clinical and Training Director for the Psychology Institute of Las Vegas in her individual and official capacities; WENDI WILLIAMS, Provost at Fielding, in her individual and official capacities; CONNIE VEAZEY, Program Director, Clinical Psychology Department at Fielding, in her individual and official capacities; DOE INDIVIDUALS 4 through 50, inclusive, in their individual and official capacities; and DOE BUSINESS ENTITIES, 2 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01240-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE, AGAINST DEFENDANT DANIELLE MOREGGI** |

Plaintiff Jason Sadora ("Plaintiff"), proceeding *pro se*, and Defendant Danielle Moreggi ("Defendant"), by and through her undersigned counsel of record, hereby stipulate and agree to the dismissal of the Complaint filed by Plaintiff against Defendant in the above-captioned case, including all claims alleged therein, with prejudice and with each party to bear his and her own attorneys' fees and costs.

///

///

///

Page 1 of 2

The parties agree that neither party shall be deemed to be a prevailing party in this case and that neither party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available.

**IT IS SO STIPULATED.**

DATED this 6th day of February, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Holly E. Walker*
    Holly E. Walker, Esq.
    Nevada Bar No. 014295
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    *Attorneys for Defendant*

DATED this 6th day of February, 2026.

PLAINTIFF JASON SADORA

By: */s/ Jason Sadora*
    Jason Sadora
    513 E. Delno Dr.
    Unit #1
    Salt Lake City, UT 84107
    *Plaintiff Proceeding Pro Se*

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 9, 2026